In the Matter of the Application of GEORGE NEUBERGER, Respondent, for an Accounting by BERTHA NEUBERGER, His General Guardian.

MARY A. L. HAHN et al., Individually and as Executors of CHRISTIAN TYMANN, Deceased, et al., Appellants.

*Guardian and ward — accounting — judicial settlement — motion for dismissal of proceeding as to sureties on bond denied.*

*Matter of Neuberger*, 219 App. Div. 730, affirmed.
(Submitted June 22, 1927; decided July 20, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 14, 1927, which affirmed a decree of the Queens County Surrogate's Court judicially settling the accounts of Bertha Neuberger, as general guardian, and denying a motion by a surety and representatives of a deceased surety on her bond for a dismissal of the proceedings as to them.

*Clarence Edwards* for appellants.
*Michael J. Joyce* for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Absent: ANDREWS, J.